**MOGINRUBIN LLP**
Daniel J. Mogin, Esq., Bar No. 95624
Jennifer M. Oliver, Esq., Bar No. 311196
Timothy Z. LaComb, Esq., Bar No. 314244
600 West Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com
joliver@moginrubin.com
tlacomb@moginrubin.com

**SCHACK LAW GROUP**
Alexander M. Schack, Esq., Bar No. 99126
Natasha N. Serino, Esq., Bar No. 284711
Shannon F. Nocon, Esq., Bar No. 316523
16870 West Bernardo Drive, Suite 400
San Diego, CA  92127
Tel: (858) 485-6535
Fax: (858) 485-0608
alexschack@schacklawgroup.com
natashaserino@schacklawgroup.com
shannonnocon@schacklawgroup.com

*Attorneys for Plaintiffs*

**GREENBERG TRAURIG LLP**
Ian C. Ballon, Esq., Bar No. 141819
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Tel: (650) 328-8500
ballon@gtlaw.com

Rebekah S. Guyon Esq., Bar No. 291037
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
guyonr@gtlaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA ATKINSON AND KATIE RENVALL, INDIVIDUALLY AND ON BEHALF OF CLASSES OF SIMILARLY SITUATED INDIVIDUALS,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>MINTED, INC.,<br><br>　　　　　　　　Defendant. | Case No.: 3:20-cv-03869-VC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE SCHEDULE FOR DEFENDANT MINTED'S MOTION TO COMPEL ARBITRATION AND RELATED DISCOVERY**<br><br>Judge: Hon. Vince Chhabria |

1

Plaintiffs and Defendant, through their undersigned counsel, submit the following Joint Stipulation pursuant to the Court's Minute Entry dated September 8, 2020. The parties have conferred regarding a schedule for arbitration-related discovery and Defendant's Motion to Compel Arbitration and submit the following proposal:

| | |
|---|---|
| Deadline for parties to conclude meet and confer efforts regarding arbitration-related discovery. | September 25, 2020 |
| Deadline for parties to submit discovery letter(s) in accordance with ¶ 22 of the Court's Standing Order, if the discovery matters under discussion are not resolved. | October 2, 2020 |
| Deadline for parties to complete arbitration-related discovery as agreed upon during meet and confer and/or ordered by the Court. | November 6, 2020 or two weeks following the Court's order on motion to compel, whichever is later. |
| Deadline for Defendant to file its motion to compel arbitration. | November 24, 2020 or two weeks after discovery is completed, whichever is later. |
| Deadline for Plaintiffs to file their opposition to Defendant's motion to compel arbitration. | December 15, 2020 or 14 days after Defendant's motion is filed, whichever is later. |
| Deadline for Defendant to file its reply to Plaintiff's opposition to motion to compel arbitration. | December 22, 2020 or 7 days after Plaintiffs' opposition is filed, whichever is later. |
| Deadline for Defendant to respond to the Amended Complaint, if the Court denies in whole or in part Defendant's motion to compel arbitration | 30 days following the Court's ruling on Defendant's motion to compel arbitration, if the Court denies in whole or in part Defendant's motion to compel arbitration |

Hearing on motion to compel arbitration: Thursday, January 14, 2021 at 10:00 a.m.

Further Case Management Conference: Wednesday February 17, 2021 at 10:00 a.m.

Respectfully Submitted,

Dated: September 11, 2020

| | |
|---|---|
| ___/s/ *Ian C. Ballon*___<br>**GREENBERG TRAURIG LLP**<br>Ian C. Ballon, Esq., SBN 141819<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>Tel: (650) 328-8500<br>Ballon@gtlaw.com<br><br>Rebekah S. Guyon Esq., SBN 291037<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Tel: (310) 586-7700<br>guyonr@gtlaw.com<br><br>*Attorneys for Defendant* | ___/s/ *Daniel J. Mogin*___<br>**MOGINRUBIN LLP**<br>Daniel J. Mogin, Esq., SBN 95624<br>Jennifer M. Oliver, Esq., SBN 311196<br>Timothy Z. LaComb, Esq., SBN 314244<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel: (619) 687-6611<br>Fax: (619) 687-6610<br>dmogin@moginrubin.com<br>joliver@moginrubin.com<br>tlacomb@moginrubin.com<br><br>**SCHACK LAW GROUP**<br>Alexander M. Schack, Esq., SBN 99126<br>Natasha N. Serino, Esq., SBN 284711<br>Shannon F. Nocon, Esq., SBN 316523<br>16870 West Bernardo Drive, Suite 400<br>San Diego, CA  92127<br>Tel: (858) 485-6535<br>Fax: (858) 485-0608<br>alexschack@schacklawgroup.com<br>natashaserino@schacklawgroup.com<br>shannonnocon@schacklawgroup.com<br><br>*Attorneys for Plaintiffs* |

**FILER'S ATTESTATION**

I, Daniel J. Mogin, am the ECF user whose identification and password are being used to file this Joint Stipulation re Schedule for Defendant's Motion to Compel Arbitration and Related Discovery. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Joint Stipulation has been obtained from each of the other signatories.

September 11, 2020               */s/ Daniel J. Mogin*
                                 **MOGINRUBIN LLP**
                                 600 W. Broadway, Suite 3300
                                 San Diego, CA 92101
                                 Tel: (619) 687-6611
                                 Fax: (619) 687-6610
                                 dmogin@moginrubin.com

## ORDER

The above JOINT STIPULATION RE SCHEDULE FOR DEFENDANT MINTED'S MOTION TO COMPEL ARBITRATION AND RELATED DISCOVERY is approved as modified above, all parties shall comply with its provisions. ~~In addition, the Court makes the further orders stated below:~~

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: September 17, 2020

UNITED STATES DISTRICT JUDGE CHHABRIA

5

JOINT STIPULATION AND [~~PROP~~] ORDER RE SCHEDULE FOR DEFENDANT MINTED'S MTC ARBITRATION AND RELATED DISCOVERY - 3:20-cv-03869-VC
ACTIVE 52514983v4