UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ATKINSON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MINTED, INC.,<br><br>        Defendant. | Case No. 20-cv-03869-VC<br><br>**ORDER REGARDING DISCOVERY LETTER**<br><br>Re: Dkt. No. 30 |

      The discovery dispute at Docket No. 30 is resolved in favor of the defendant. Each side shall bear its own costs.

      **IT IS SO ORDERED.**

Dated: November 13, 2020

_____
VINCE CHHABRIA
United States District Judge