| | |
|---|---|
| **MOGINRUBIN LLP** | **GREENBERG TRAURIG LLP** |
| Daniel J. Mogin, Esq., Bar No. 95624 | Ian C. Ballon, Esq., Bar No. 141819 |
| Jennifer M. Oliver, Esq., Bar No. 311196 | 1900 University Avenue, 5th Floor |
| Timothy Z. LaComb, Esq., Bar No. 314244 | East Palo Alto, CA 94303 |
| 600 West Broadway, Suite 3300 | Tel: (650) 328-8500 |
| San Diego, CA 92101 | ballon@gtlaw.com |
| Tel: (619) 687-6611 | |
| Fax: (619) 687-6610 | Rebekah S. Guyon Esq., Bar No. 291037 |
| dmogin@moginrubin.com | 1840 Century Park East, Suite 1900 |
| joliver@moginrubin.com | Los Angeles, CA 90067 |
| tlacomb@moginrubin.com | Tel: (310) 586-7700 |
| | guyonr@gtlaw.com |
| **SCHACK LAW GROUP** | |
| Alexander M. Schack, Esq., Bar No. 99126 | *Attorneys for Defendant* |
| Natasha N. Serino, Esq., Bar No. 284711 | |
| Shannon F. Nocon, Esq., Bar No. 316523 | |
| 16870 West Bernardo Drive, Suite 400 | |
| San Diego, CA  92127 | |
| Tel: (858) 485-6535 | |
| Fax: (858) 485-0608 | |
| alexschack@schacklawgroup.com | |
| natashaserino@schacklawgroup.com | |
| shannonnocon@schacklawgroup.com | |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA ATKINSON AND KATIE RENVALL, INDIVIDUALLY AND ON BEHALF OF CLASSES SIMILARLY SITUATED INDIVIDUALS,<br><br>    Plaintiffs,<br><br>    v.<br><br>MINTED, INC.,<br><br>    Defendant. | Case No.: 20-cv-03869-VC<br><br>**STIPULATION TO CONTINUE DEADLINES FOR FILING OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DEFENDANT'S MOTION TO COMPEL ARBITRATION BY TWO DAYS FROM APRIL 14, 2021 TO APRIL 16, 2021** |

WHEREAS, Plaintiffs Melissa Atkinson and Katie Renvall ("Plaintiffs") and Defendant Minted, LLC, sued as Minted, Inc., (collectively the "Parties") participated in mediation on January 5, 2021 and reached a tentative settlement agreement. (Supporting Declaration of Jennifer Oliver attached hereto as "Exhibit A" (Oliver Decl. at ¶ 4.)

WHEREAS, on March 17, 2021, this Court ordered the Parties to either file a motion for preliminary approval of a class action settlement or a motion to compel arbitration by April 14, 2021. (Oliver Decl. at ¶ 5.)

WHEREAS, Plaintiffs and Defendants have had significant and substantive discussions concerning the settlement agreement on a nearly daily basis since the March 17, 2021 case management conference and believe that a brief extension of time will allow them to finalize the few remaining details of the settlement agreement. The Parties' discussions have been productive throughout this process and the Parties do not believe that additional extensions will be necessary. (Oliver Decl. at ¶ 6.)

WHEREAS, the Parties agree that the settlement agreement shall be signed no later than April 14, 2021. (Oliver Decl. at ¶ 7.)

WHEREAS, on December 1, 2020, the Court granted as amended the Parties' amended stipulated request to stay this matter for sixty (60) days until January 19, 2021 and extend deadlines for arbitration-related discovery and Defendant's Motion to Compel Arbitration while the Parties work on resolving this matter through mediation. (Oliver Decl. at ¶ 3.)

WHEREAS, the proposed stipulation would not change the hearing date set by the Court for May 13, 2021. (Oliver Decl. at ¶ 8.)

Plaintiffs Melissa Atkinson and Katie Renvall and Defendant Minted, LLC, sued as Minted, Inc., by and through their attorneys of record, hereby stipulate and request an order stating:

1. That all filings currently due on April 14, 2021, including Plaintiff's Motion for Preliminary Approval of Class Action Settlement and Defendant's Motion to Compel Arbitration, are now due on April 16, 2021. (Oliver Decl. at ¶ 9.)

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
|Dated: April 13, 2021| |Respectfully submitted,|

                                                  */s/ Jennifer M. Oliver*
**MOGINRUBIN LLP**
Daniel J. Mogin (SBN No. 95624)
Jennifer M. Oliver (SBN 311196)
Timothy Z. LaComb (SBN 314244)
600 West Broadway, Suite 3300
San Diego, CA 92101
Tel:   (619) 687-6611
Fax:   (619) 687-6610
dmogin@moginrubin.com
joliver@moginrubin.com
tlacomb@moginrubin.com

**SCHACK LAW GROUP**
Alexander M. Schack, Esq., Bar No. 99126
Natasha N. Serino, Esq., Bar No. 284711
Shannon F. Nocon, Esq., Bar No. 316523
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Tel: (858) 485-6535
Fax: (858) 485-0608
alexschack@schacklawgroup.com
natashaserino@schacklawgroup.com
shannonnocon@schacklawgroup.com
*Attorneys for Plaintiffs*

Dated: April 13, 2021                           Respectfully submitted,

                                                  */s/ Ian Ballon*
**GREENBERG TRAURIG LLP**
Ian Ballon (SBN 141819)
1900 University Avenue
5th Floor
East Palo Alto, CA 94303
Tel: 650-328-8500
Fax: 650-328-8508
ballon@gtlaw.com

Rebekah Susanne Strawn Guyon (SBN 291037)
1860 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 310-586-7700
Fax: 310-586-7800

- 3 -
STIPULATION TO CONTINUE APRIL 14, 2021 FILING DEADLINES BY TWO DAYS TO APRIL 16, 2021; CASE NO. 20-CV-03869-VC

guyonr@gtlaw.com

*Attorneys for Defendant*

**ATTESTATION OF FILER**

I, Jennifer M. Oliver, am the ECF user whose ID and password are being used to file this Stipulation in compliance with Local Rule 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: April 13, 2021               /s/ Jennifer M. Oliver
                                    Jennifer M. Oliver

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. No further extensions will be granted.

DATED:  April 15, 2021              _____
                                    Hon. Vince Chhabria
                                    United States District Judge

- 4 -

STIPULATION TO CONTINUE APRIL 14, 2021 FILING DEADLINES BY TWO DAYS TO APRIL 16, 2021; CASE NO. 20-CV-03869-VC