# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA ATKINSON AND KATIE RENVALL, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MINTED, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: 3:20-cv-03869-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT MINTED, LLC'S *UNOPPOSED* MOTION TO ADVANCE FINAL APPROVAL HEARING DATE PURSUANT TO LOCAL RULE 6-3** |

**ORDER**

The COURT, having considered defendant Minted, LLC's, erroneously sued as Minted, Inc., Motion to Advance Final Approval Hearing Date, for good cause shown, HEREBY ORDERS that the motion is GRANTED.

The filing date for plaintiffs' Motion for Final Approval is advanced from November 1, 2021 to October 19, 2021 and the date of the Final Approval Hearing is advanced from December 2, 2021 to November 18, 2021. Opposition briefs, if any, must be filed by October 28, 2021 and reply briefs, if any, must be filed by November 4, 2021.

IT IS SO ORDERED.

Dated: ___May 25, 2021_____

*[DENIED — Judge Vince Chhabria]*

_____
The Honorable Vince Chhabria
US District Court Judge

1

Case No.: 3:20-cv-03869-VC
[~~Proposed~~] Order Granting Defendant Minted LLC's *Unopposed* Motion to Advance Final Approval Hearing Date