**MOGINRUBIN LLP**
Daniel J. Mogin (SBN 95624)
Jennifer M. Oliver (SBN 311196)
Timothy Z. LaComb (SBN 314244)
600 West Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com
joliver@moginrubin.com
tlacomb@moginrubin.com

**SCHACK LAW GROUP**
Alexander M. Schack (SBN 99126)
Natasha N. Serino (SBN 284711)
Shannon F. Nocon (SBN 316523)
16870 West Bernardo Drive, Suite 400
San Diego, CA  92127
Tel: (858) 485-6535
Fax: (858) 485-0608
alexschack@schacklawgroup.com
natashaserino@schacklawgroup.com
shannonnocon@schacklawgroup.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA ATKINSON AND KATIE RENVALL, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MINTED, INC., a Delaware corporation<br><br>Defendant. | Case No.: 3:20-cv-03869-VC<br><br>[~~PROPOSED~~] **ORDER RELEASING REMAINDER OF ATTORNEYS' FEES** |

On December 17, 2021, the Court granted final approval of the Class Settlement and ordered Plaintiffs to file a report on post-distribution accounting in 111 days. (ECF 65). On April 13, 2022, the Court requested an updated post-distribution accounting to be filed by May 31, 2022. (ECF 70). Having now reviewed both of the Plaintiffs' post-distribution accounting reports, the Court hereby authorizes, and orders release of the 10% holdback of attorneys' fees set forth in the Standing Order for Civil Cases before Judge Vince Chhabria.

IT IS SO ORDERED.

Date: __June 3__, 2022

_____
Honorable Judge Vince Chhabria
United States District Court,
Northern District of California