UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ATKINSON, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>MINTED, INC.,<br><br>    Defendant. | 20-cv-03869-VC<br><br>**JUDGMENT** |

The Court now enters judgment in accordance with its previous orders granting Final Approval of the Class Action Settlement and the Motion for Attorney's Fees. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 24, 2022

VINCE CHHABRIA
United States District Judge